IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NICOLE BARNARD, | Case No. 5:26-cv-00089-FL |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY** |
| v. | |
| PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Plaintiff Nicole Barnard ("Plaintiff") and Defendant The Prudential Insurance Company of America (incorrectly sued as "Prudential Life Insurance Company of America") ("Prudential"), by and through their respective attorneys, submit the following joint notice of settlement and request to stay. On July 7, 2026, the Parties reached a settlement in principle in this matter. The Parties anticipate that they will be able to file a joint stipulation of dismissal with each party to bear its own attorneys' fees and costs within thirty (30) days of the filing of this notice, and the Parties respectfully request that the Court stay the remaining deadlines in this matter for thirty (30) days pending the finalization of the release and settlement agreement.

WHEREFORE, the Parties respectfully notify the Court that they have reached a settlement, and request that the Court enter an order staying the deadlines in the case for thirty (30) days.

Respectfully Submitted this the day 7th of July, 2026

| | |
|---|---|
| */s/ Kaci Garrabrant* | */s/ Shelley R. Hebert* |
| Kaci Garrabrant | Shelley R. Hebert (admitted *pro hac vice*) |
| TN Bar No. 039026 | IL Bar No. 6280805 |
| Eric Buchanan & Associates, PLLC | SEYFARTH SHAW LLP |
| 414 McCallie Avenue | 233 S. Wacker Drive, Suite 8000 |
| Chattanooga, TN 37402 | Chicago, IL 60606 |
| Telephone: (423) 634-2506 | Telephone:  (312) 460-5000 |

Facsimile: (423) 634-2505
Email: kgarrabrant@buchanandisability.com

Facsimile: (312) 460-7000
Email: shebert@seyfarth.com

Tiffany Ours (NC Bar No. 61045)
McChesney and Ours, PC
930 South Pine Street
Spartanburg, SC 29302
Telephone: (864) 582-7882
Facsimile: (864)641-3764
Email: tiffanyours@carolinadisabilities.com

Vincent Smolczynski, NC Bar No. 59715
SEYFARTH SHAW LLP
300 South Tryon Street, Suite 400
Charlotte, North Carolina 28202
Telephone: (704) 925-6060
Facsimile: (404) 892-7056
Email: vsmolczynski@seyfarth.com

*Attorney for Plaintiff Nicole Barnard*

*Attorney for Defendant*
*The Prudential Insurance*
*Company of America*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 7, 2026, I electronically filed the foregoing JOINT

NOTICE OF SETTLEMENT AND REQUEST TO STAY with the Clerk of the Court using the

CM/ECF systems, which will send notification of such filing to the following counsel of record:

Kaci Garrabrant
TN Bar No. 039026
Eric Buchanan & Associates, PLLC
414 McCallie Avenue
Chattanooga, TN 37402
Telephone: (423) 634-2506
Facsimile: (423) 634-2505
Email: kgarrabrant@buchanandisability.com

Tiffany Ours (NC Bar No. 61045)
McChesney and Ours, PC
930 South Pine Street
Spartanburg, SC 2930
Telephone: (864) 582-7882
Facsimile: (864)641-3764
Email: tiffanyours@carolinadisabilities.com

*/s/ Shelley R. Hebert*
Shelley R. Hebert